UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ALISON LOCKE, *on behalf of herself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> R1 RCM HOLDCO, INC.; and QHCCS, LLC, <br><br> Defendants. | Case No. 6:23-cv-01904-MTK <br><br> **JUDGMENT** |

**KASUBHAI,** United States District Judge:

The Court GRANTS the parties' Stipulated Judgment of Dismissal, ECF No. 86. Based upon that motion, this action is DISMISSED with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs.

DATED this 11th day of February 2026.

s/ Mustafa T. Kasubhai<br>
MUSTAFA T. KASUBHAI (he/him)<br>
United States District Judge

Page 1 — JUDGMENT